UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RETISH VIKASH SINGH,

              Petitioner,

    v.

F. SEMIA et al.,

              Respondents.

NO. 5:25-cv-02210-AH-KS

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition"), Respondents' Return to the Petition, the Report and Recommendation of United States Magistrate Judge ("Report"), and all the records herein. The time for filing objections to the Report has passed, and no objections have been filed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

DATED:    JUNE 10, 2026

_____
HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE