**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RETISH VIKASH SINGH,** | ) **NO. 5:25-cv-02210-AH-KS** |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) **JUDGMENT** |
| | ) |
| **F. SEMIA et al.,** | ) |
| | ) |
| **Respondents.** | ) |
| | ) |
| ——————————————— | ) |

IT IS ADJUDGED that the Petition is DENIED and the case is DISMISSED WITHOUT PREJUDICE.

DATED: JUNE 10, 2026

_____
HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE